AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA
V.
JUSTIN LOVE

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:   16mj8049-5

I, _____ JUSTIN LOVE _____ , charged in a ☐ complaint ☐ petition

pending in this District _____ New Jersey _____

in violation of _____ 7 _____ , U.S.C., _____ 2156 _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a _____ ☐ examination   ☐ hearing  , do hereby waive (give up) my right to a preliminary ☐ examination  ☐ hearing.

_____6/3/16_____
Date

_____
Defendant

_____
Counsel for Defendant