**Wayne Powell, Esquire**
**Wayne Powell Attorney, P.C.**
811 Church Road
101 Tarragon Building
Cherry Hill, NJ 08002
(856) 488-0004
(856) 486-7244 - facsimile
waynepowelllaw@yahoo.com – e-mail
**Attorney(s) for defendant, Justin Love**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY – NEWARK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | **CRIMINAL NO.: 16-8049 (LDW)** |
| v. | : | |
| JUSTIN LOVE, et al | : | |
| Defendant | : | |
| | : | |

## ORDER

AND NOW, this ___20th___, day of ___September___, 2016, upon the application of Wayne Powell, counsel for defendant, Justin Love, and the Court having considered the Defendant's submission and the Government having consented;

**IT IS ORDERED** that Justin Love be allowed to move to the residence of his wife, Tellisha Love, at: 4 Kent Place, Sewell, New Jersey 08080, pending further Order of this Court; and,

**IT IS FURTHER ORDERED** that Stephanie Haynes is no longer a third party custodian for defendant, Justin Love; and,

**IT IS FURTHER ORDERED** that defendant Justin Love shall be under home detention, except that he is permitted to leave his residence to attend medical appointments that have been pre-approved by Pretrial Services and for employment at a time and location to be pre-approved by Pretrial Services; and,

**IT IS FURTHER ORDERED** that all other conditions of release set fort in the Court's prior Order of June 3, 2016 remain in effect.

**BY THE COURT:**

_____
Honorable Steven C. Mannion, U.S.M.J.
United States District Court – Newark

RECEIVED IN THE CHAMBERS OF

SEP 1 9 2016

TIME: _____
HON. STEVEN C. MANNION, U....