

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

Kathleen P. O'Leary
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, New Jersey 07102

Direct Dial: (973) 645-2841
Facsimile: (973) 645-4546

*So Ordered*
*Anne E Thompson USDJ*
*7-10-17*

June 26, 2017

<u>Via Electronic Mail</u>

Hon. Anne E. Thompson
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

RECEIVED
JUL 13 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

      Re:   <u>United States v. Robert Arellano, et al.</u>,
             Crim. No. 3:17-cr-51 (D.N.J.)

Dear Honorable Judge Thompson:

      On March 10, 2017, the Court entered a scheduling order in the above-captioned matter, providing that any motions filed by defendant Robert Arellano would be due on June 23, 2017. Defendant Arellano filed a motion to suppress on June 23, 2017 (ECF No. 107). On June 14, 2017, a grand jury returned a superseding indictment in this matter, by which three defendants were added to the indictment: Dajwan Ware, Justin Love, and Robert A. Elliott, Sr. At the arraignment on the superseding indictment, the date of which has not yet been set by the Court, the parties will present a proposed scheduling order that includes motions deadlines for all defendants.

      In order that all defense motions can be briefed and heard on the same schedule, to afford defendants the opportunity to file joinders in one another's motions, and to promote judicial and party economy, the government requests by this letter that the scheduling order entered March 10, 2017, be vacated. The government further requests that all defense motions and government responses, including the government's response to defendant Arellano's pending motion to suppress, be due and heard on a single schedule as provided in the scheduling order to be entered by this Court at the arraignment on the superseding indictment.

Very truly yours,

WILLIAM E. FITZPATRICK
Acting United States Attorney

By: *Kathleen P. O'Leary*

KATHLEEN P. O'LEARY
Assistant U.S. Attorney

CC: Sam Bregman, Esq.
Counsel for Defendant Arellano (via email)

Ronald Thompson, Esq.
Counsel for Defendant Elliott, Sr. (via email)

Wayne Powell, Esq.
Counsel for Defendant Justin Love (via email)

Thomas Ambrosio, Esq.
Counsel for Defendant Dajwan Ware (via email)