Wayne Powell, Esquire
Wayne Powell Attorney, P.C.
811 Church Road
101 Tarragon Building
Cherry Hill, NJ 08002
(856) 488-0004
(856) 486-1135 - facsimile
waynepowelllaw@yahoo.com – e-mail
Attorney(s) for defendant, Justin Love

RECEIVED

SEP 22 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY – TRENTON

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | **CRIMINAL NO.: 17-051 (AET)** |
| v. : | |
| JUSTIN LOVE, et al : | |
| Defendant : | |

### ORDER

AND NOW, this ___22nd___ day of ___September___, 2017, upon the application of Wayne Powell, counsel for defendant, Justin Love, and the Court having considered the matter and the consent of the Government and Pre-Trial Services having been given;

**IT IS ORDERED** that Justin Love be allowed to travel with his wife, Tellisha Love to Atlantic City on Sunday, September 24, 2017 for a four (4) day trip for his

wedding anniversary wherein he will stay at the Tropicana Hotel / Casino and participate in various shows / events and return home on Thursday, September 28, 2017.

**IT IS FURTHER ORDERED** that monitoring will be suspended from 11:00 a.m. on Sunday, September 24, 2017 through 5:00 p.m. Thursday, September 28, 2017;

**IT IS FURTHER ORDERED** that the curfew imposed by the Court's previous Order will not be changed as well as the other conditions of bail remain unchanged.

**BY THE COURT:**

_____
Honorable Anne E. Thompson, U.S.D.J.
United States District Court – Trenton