## WAYNE POWELL ATTORNEY, PC
### *Attorney at Law*

Wayne Powell, Esquire*
Wallace R. Wade, II, Esquire**
Of counsel

_____

Member NJ Bar*
Member NJ and Fla. Bar**

101 Tarragon Building
811 Church Road
Cherry Hill, New Jersey 08002
856-488-0004
856-486-1135 – fax
E-mail:  waynepowelllaw@yahoo.com

April 6, 2018

**The Honorable Peter G. Sheridan, U.S.J.**
**United States District Court**
**District of New Jersey – Trenton**
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**RE:    USA v. JUSTIN LOVE**
**NO.:   17-00051 (PGS)**

To the Court:

We are in receipt of the Court's notice of telephonic conference scheduled for April 11, 2018.  Please be advised that I have been previously scheduled for oral argument in the Appellate Division of the New Jersey Superior Court on April 11, 2018 @ 11:30 a.m. in the matter of State of New Jersey v. William E. Santarl\asci, IV. **(See attached notice from the New Jersey Superior Court – Appellate Division)**

Also I will be beginning jury selection in the matter of State v. Ivan Gomez in the Cumberland County Superior Court, before the Honorable Cristen P. D'Arrigo, J.S.C., starting on Tuesday, April 10th of next week, with the exception of Tuesday, April 11th and would be available on Mondays and Fridays only for the next 2-4 weeks if the Court is amenable to any of those dates.

The Court's consideration is most appreciated.

Respectfully submitted,

Wayne Powell /s/

BY:_____
    WAYNE POWELL
WP/mv
**Attachment**

FILED, Clerk of the Appellate Division, March 15, 2018, A-005067-16

# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

JOSEPH H. ORLANDO
CLERK

JOHN K. GRANT
DEPUTY CLERK

MARIE C. HANLEY
CHIEF COUNSEL



RICHARD J. HUGHES JUSTICE
COMPLEX
P.O. BOX 006
TRENTON, NEW JERSEY 08625-0006
(609) 815-2950

Date: March 15, 2018

WAYNE POWELL LLC - WAYNE POWELL

Re:  STATE OF NEW JERSEY  V.  WILLIAM E. SANTARLASCI, 4TH
Docket No. A-005067-16T5

**APPELLATE DIVISION SENTENCING ORAL ARGUMENT CALENDAR INFORMATION**

The above appeal is scheduled for oral argument on the
Sentencing Calendar.  You are scheduled to appear as listed
below:

       April 11, 2018 at 11:30 AM
       8TH FL. N. WING, RICHARD J. HUGHES JUSTICE COMPLEX,
       TRENTON
       PART G  - Judges: HARRY G. CARROLL,  HANY A MAWLA

Please print out a copy of this notice.  Endorse your copy with
the name of counsel who will argue this appeal and file it
through eData no later than seven days prior to argument by
selecting MISC-ORAL ARGUMENT RETURN NOTICE.

                         JOSEPH H. ORLANDO
                         CLERK

                         Sandra Foss, S.O.A. Unit
                         (609) 815-2950 ext. 52678

Name of Counsel: *Wayne Powell*

TGC-ESOA LTR