**Wayne Powell, Esquire**
**Wayne Powell Attorney, P.C.**
811 Church Road
101 Tarragon Building
Cherry Hill, NJ 08002
(856) 488-0004
(856) 486-1135 - facsimile
waynepowelllaw@yahoo.com – e-mail
**Attorney(s) for defendant, Justin Love**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY – TRENTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | **CRIMINAL NO.:  17-051 (PGS)** |
| v. | | |
| | : | |
| JUSTIN LOVE, et al | | |
| | : | |
| Defendant | | |
| | : | |

### ORDER

**AND NOW,** this _____, day of _____, 2018, upon the application of Wayne Powell, counsel for defendant, Justin Love, and the Court having considered the matter and the consent of the Government and Pre-Trial Services having been given;

**IT IS ORDERED** that Justin Love be allowed to travel by motor vehicle departing with his wife, children, mother, father and an elderly Aunt on the morning of Tuesday, May 1, 2018 to Waterloo, Iowa for the funeral of his Uncle, Eddie Love which will take place on Saturday, May 5, 2018, and returning by motor vehicle to New Jersey

on Friday, May 11, 2018, two (2) days.  Mr. Love will be residing at:  1017 Webster Street, Waterloo, Iowa (the home of his late Uncle), the entire duration with his cell phone containing his current phone number listed with PreTrial Services.  He will report each and every day until his return.  He has provided all requested pertinent information to PreTrial Services.

**IT IS FURTHER ORDERED** that other conditions of bail remain unchanged.

**BY THE COURT:**

_____
**Honorable Peter G. Sheridan, U.S.D.J.**
**United States District Court – Trenton**