**Wayne Powell, Esquire**
**Wayne Powell Attorney, P.C.**
811 Church Road
101 Tarragon Building
Cherry Hill, NJ 08002
(856) 488-0004
(856) 486-1135 - facsimile
waynepowelllaw@yahoo.com – e-mail
**Attorney(s) for defendant, Justin Love**

RECEIVED

MAY 0 1 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY – TRENTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | **CRIMINAL NO.: 17-051 (PGS)** |
| v. | : | |
| JUSTIN LOVE, et al | : | |
| Defendant | : | |
| | : | |

### ORDER

**AND NOW,** this ___1st___, day of ___May___, 2018, upon the application of Wayne Powell, counsel for defendant, Justin Love, and the Court having considered the matter and the consent of the Government and Pre-Trial Services having been given;

**IT IS ORDERED** that Justin Love be allowed to travel by motor vehicle departing with his wife, children, mother, father and an elderly Aunt on Tuesday, May 1, 2018 to Waterloo, Iowa for the funeral of his Uncle, Eddie Love which will take place on Thursday, May 3, 2018 for viewing and Friday, May 4, 2018 for funeral and burial

services, returning by motor vehicle to New Jersey in the early morning hours of Monday, May 7, 2018, two (2) days travel time. Mr. Love will be residing at: 1017 Webster Street, Waterloo, Iowa (the home of his late Uncle), the entire duration with his cell phone containing his current phone number listed with PreTrial Services. He will report each and every day until his return. He has provided all requested pertinent information to Pre Trial Services, including names of travel companions and hotel accommodations during the (2) travel time from New Jersey.

**IT IS FURTHER ORDERED** that other conditions of bail remain unchanged.

**BY THE COURT:**

*[signature]*

**Honorable Peter G. Sheridan, U.S.D.J.**
**United States District Court – Trenton**