

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

August 14, 2018

**VIA ECF**

Hon. Peter G. Sheridan, USDJ
U.S. District Court for the District of New Jersey
402 East State Street,
Trenton, NJ 08608

    Re:    United States v. Robert Arellano, et al.,  3:17-cr-51
           Dajwan Ware

Dear Judge Sheridan:

    I represent Dajwan Ware in the above referenced indictment.  A telephone conference for all defendants is scheduled with Your Honor on August 20, 2018 at 1:00 p.m.  The notice of the conference was filed on ECF today.

    I advised your Court Deputy that I will be out of the country on vacation and will be unable to participate in the telephone conference call. I have no problem being filled in on any pretrial issues by codefendant counsel upon my return to my office September 4, 2018.

    I also conferred with AUSA Kathleen O'Leary via telephone today and advised her that I do not object to oral argument on the *James* hearing being moved to early September from its current date of September 19, 2018. If the hearing is moved up, I would also request that defendant Ware be allowed to waive his appearance for such hearing, given he lives in Indiana.

    I respectfully request that you permit me to be absent from the August 20, 2018 telephone conference.

                                Respectfully yours,

                                */s/Thomas Ambrosio*
                              Thomas Ambrosio

cc:    Ethan Eddy, AUSA (via ECF)
        Kathleen O'Leary, AUSA (via ECF)
        All co-defendant counsel (via ECF)

---

750 Valley Brook Avenue │Lyndhurst │New Jersey 07071 │201.935.3005 │201.935.7667 ∞ fax
tambrosio@legal750.com