

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Kathleen P. O'Leary*  
*Assistant United States Attorney*

970 Broad Street, Suite 700  
Newark, New Jersey 07102

Direct Dial: (973) 645-2841  
Facsimile: (973) 645-4546

October 19, 2018

*VIA ECF*
Hon. Peter G. Sheridan
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

        Re:    United States v. Robert Arellano et al.
                 Crim. No. 3:17-cr-51

Dear Judge Sheridan:

     On October 12, 2018, during trial in the above-referenced matter, the Court, after finding a violation of Rule 12.3 of the Federal Rules of Criminal Procedure by defendant Justin Love, requested that the Government submit a brief to the Court, advising it of remedies the Court may impose upon counsel for defendant Love for failing to comply with Rule 12.3. *See* Daily Tr. at 2092:19-22.

     The Government has been informed by the Court that it no longer seeks briefing on this issue as an adequate remedy was imposed during trial. The Government, therefore, will not submit the previously requested brief.

        Respectfully submitted,

        CRAIG CARPENITO
        United States Attorney

By:    */s/ Kathleen P. O'Leary*
        KATHLEEN P. O'LEARY

        Assistant U.S. Attorney


        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

By:    Ethan Carson Eddy
        Trial Attorney
        Environmental Crimes Section


CC:    Samuel Bregman, Esq. (via e-mail)
        Wayne Powel, Esq. (via e-mail)
        Thomas Ambrosio, Esq. (via e-mail)
        Ronald Thompson, Esq. (via e-mail)