## Statement of Justin Love

The following is a timeline of my communications with Attorney Wayne Powell.

June 2, 2016- My wife, Tellisha Love, hired Wayne Powell to represent me in my federal case.

June 3, 2016- I had a bail hearing in Newark represented by Wayne Powell. At that time, I signed the paperwork to officially hire him.

June 24, 2016- I had a conversation with Wayne Powell on the telephone. I told him that I wanted to discuss my defense with him. Wayne Powell asked me for general information. I briefly told him that I was an informant working for the New Jersey SPCA. I gave him basic information in reference to the case. Wayne Powell stated that my defense was very interesting, and he wanted to sit down to have a more elaborate conversation with specific details.

Early July 2016- I spoke to Wayne Powell on the telephone expressing to him that I wanted him to set up a meeting with the federal prosecutors. He advised me to keep my mouth shut and not to discuss my case with anyone until we met, so I complied with his advice. To my knowledge, he never attempted to set up such a meeting.

July 7, 2016- I had another conversation with Wayne Powell on the telephone. The conversation was in reference to signing over dogs that were seized from the raid. I told Mr. Powell that the raid was executed at 365 Marion Ave Westville Grove, NJ 08093 and the dogs and cages were seized from an adjacent property which had the address of 359 Marion Ave. I expressed to him that there was a person named Larry Donato from the New Jersey SPCA Humane Society that I would like him to speak to since they had a monetary interest in the dogs. I wanted to consult with the SPCA Humane Society to see if they would reach out to the government to let them know exactly what was going on as far as my cooperation with them. Wayne Powell told me that he would see what he can do and get back to me.

Early September 2016- I met with Mr. Powell at his office. I told him all the details in depth for my defense. I gave him Larry Donato's business card; vet records from Gray Fox Veterinary Hospital; text messages between Larry Donato and me; text messages between Federal Agent John and me; the name of Officer Solimon from Egg Harbor Police Department; Dr. Marsh's phone number; and other information involving my defense. During that meeting Attorney Powell said we would have to hire an investigator. He asked me to give a $1,500 retainer for the investigator to start. I gave Mr. Powell $1,500 to start the investigation. From my knowledge there was no investigation; the investigator never spoke to me about the case.

On October 6, 2016- I sent an email to Mr. Powell. The email consists of my T-Mobile account number and Larry Donato's phone number. I asked Mr. Powell to send a subpoena to my



phone company so we could have the records to prove my communications with Larry Donato. When Mr. Powell received the emails he contacted me via telephone and said that he would work on it. (See attachment page 1)

At or around this time, I told Mr. Powell that the government had seized some but not all of the cell phones from my home, and I asked him to review the cell phones in the government's possession to look for text messages between Larry Donato and me. I don't believe Mr. Powell ever followed through on this request.

October 2016 to late 2017- I had phone conversations with Mr. Powell inquiring how my investigation was coming along. He told me everything was okay; don't worry he is handling it; and that it will take a couple of years until court. Mr. Powell expressed he was very busy with other cases and that we had more than enough time to work on my case. He told me when it's time for court he would be ready.

Late 2017- I started to question whether the investigation for my case was getting done properly. Mr. Powell and I had a heated conversation where I expressed that my case wasn't getting enough attention and that I wanted to see some results. Mr. Powell reassured me that everything was okay and he would reach out to the investigator, Mr. Greenlee, and they would have the information for me shortly. I told Mr. Powell that Larry Donato was diagnosed with cancer sometime ago and I did not know the condition of his health. I insisted that we reach out to Mr. Donato before anything happened to him and he became unavailable. Mr. Powell asked me to bring the information to the law office because he misplaced it and it would be easier if I brought copies up with me. I bought copies to him again and he said he'd start to work on it.

Early 2018- I met with Mr. Powell, I asked him about the progress with the defense. He said everything was okay and that I had nothing to worry about. I asked Mr. Powell if he had reached out to Mr. Donato. He told me that he didn't think that was a good idea at this point because it might spook Mr. Donato and the government might get him to change his testimony which would not be in our favor. Mr. Powell expressed to me that law enforcement stick together and will not go against one another. He strongly advised me that we should not contact Mr. Donato or question him because we did not have the burden of proof to prove guilt- the government did. Mr. Powell went on and said the government would bring Mr. Donato in as their witness and that's when he would cross-examine him as a hostile witness because if he were to bring Mr. Donato in as a witness he could not cross him as a hostile witness. Mr. Powell also said due to his experience with law enforcement he knew they would turn Mr. Donato against me so by the time trial comes.Mr Donato would say he doesn't know who I am. I asked Mr. Powell how he could say this if he never spoke with Mr. Donato. He told me that he's been involved in Federal Trials numerous times, he knows what he's doing and to relax and let him handle the case. .

July 30, 2018- I had a conversation with Mr. Powell via telephone. I questioned him on how the investigation was going. We had a brief conversation and he asked me to send him an email with some information (See attachment pg 2&3).

August 2018- I met with Mr. Powell to go over the case. He told me everything was okay; we're in good shape; and that he needed the information again for the third time because his secretary misplaced it. Mr. Powell said they remodeled his office and things got shuffled around. I provided the information again over the next couple of weeks.

Late August 2018- It appeared that Mr. Powell was not prepared or doing a proper investigation so I went to Egg Harbor Township Police Department and tried to do my own investigation. I tracked down Officer Solimon but I was told he was not available. I left my number but he never called me back. I also reached out to Chief Higsbee of Galloway Police Department. Chief Higsbee refused to speak with me. She told me to have my lawyer contact her. Mr. Powell never contacted Chief Higbee or Officer Solimon. I did the legwork myself and provided it to Mr. Powell but he refused to speak to them even though I had told him that they could testify that I was an informant for the NJ SPCA. He said it was overkill. Mr. Powell also stated he was too busy and had a lot going on.

September 2018- During trial Mr. Powell finally attempted to put together a last minute defense. Mr. Powell was not knowledgeable about any information I'd sent him and furthermore It seems like he never even looked at the information that I provided to him several times.

In 2016 I supplied Mr. Powell with a list of things to prove my defense. The list consists of witness information, phone records, statements and other important information, such as records from Gray Fox Animal Hospital. I told him to call Mr. Donato multiple times as a witness. He refused to listen to any of my suggestions.

I repeatedly asked Mr. Powell for copies of the discovery in the case. He repeatedly promised it, but never delivered on his promise. Mr. Powell never told me that the government would be calling expert witnesses to testify against me and never told me that I had the right to hire my own expert.

Also I do not believe that Mr. Powell ever spoke to any of the witnesses, whose names I gave him and who could have supported my defense.

_____
Justin Love
5/1/2019

 **justin love**
to waynepowelllaw
10/6/2016 View details

Oct 1

# 1

T-mobile wireless legal department 12920 south east 38th st,Bellevue Washington 98006-1350

Account# Justin love 475687286

Account # tellisha love 947640456

Number we need all text and incoming/outcoming calls from (908)616-8701

From 2011- present

We're looking for all the text message conversations we had and any incoming and outcoming phone calls

justin love
to Wayne
Hide details

\#2

From: justin love jaylovepromo@gmail.com

To: Wayne Powell waynepowelllaw@yahoo.com

Date: Jul 30, 2018, 5:30 PM

View security details

Show quoted text



2018073...2753.jpg

# justin love

to Wayne

Hide details

| | |
|---|---|
| From: | justin love jaylovepromo@gmail.com |
| To: | Wayne Powell waynepowelllaw@yahoo.com |
| Date: | Jul 31, 2018, 4:02 PM |

View security details

#3

Mary & John love 365 Marion Avenue Westville Grove New Jersey 08093

Tellisha love 4 Kent Place Sewell

Billy Boyer 16 Georgetown Road Glassboro New Jersey

Officer Solomon Pleasantville police department

# Recap   Add label   



### justin love   
to Wayne
Hide details

From:   justin love
jaylovepromo@gmail.com

To:   Wayne Powell
waynepowelllaw@yahoo.com

Date:   Sep 16, 2018, 6:10 PM

View security details

Can you ask Mr Greenlee 2 get a statement from the chief of police in Galloway

Ask for access to my old phones

# Federal agent  Add label 

 justin love 
to Wayne
9/20/2018 View details

Wayne can you find out who that person is that I gave you the number I'll bring copies of text messages tomorrow. That supports my defense