UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        Plaintiff,      :

  v.                              :     3:17-cr-51 (PGS)

JUSTIN LOVE                     :         ORDER

        Defendant     :

SHERIDAN, U.S.D.J.

      This matter comes before the Court on an unopposed motion filed by Justin Love for a continuance of the hearing and sentencing that is currently scheduled for May 29, 2019, and it appearing to the Court that the government has agreed to provide mirror image copies of the electronic devices seized from defendant, it is on this _____ day of May, 2019,

      ORDERED that Defendant shall provide electronic storage media with 100 gigabite capacity and a USB connection to the government on or before May 13, 2019.

      ORDERED that the government shall provide defendant with mirror image copies of the electronic devices seized from his home on or before May 20, 2019.

      ORDERED that defendant shall file any supplemental motion and/or exhibits on or before May 31, 2019.

      ORDERED that the government shall file its oppositional brief on or before June 14, 2019.

ORDERED that defendant shall file any reply on or before June 21, 2019.

ORDERED that the Court will hear Mr. Love's motion for a new trial at the time of his sentencing on                   .                   .

_____
PETER J. SHERIDAN, U.S.D.J.