Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA



05 SEP 2019 PM 1 L

70256-050
Federal Court
420 E State ST
Trenton, NJ 08608
United States

08608-150220