Case 3:17-cr-00051-PGS   Document 311-1   Filed 09/17/19   Page 1 of 1 PageID: 4339

Jayston dan 70256050
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA



HARRISBURG PA 171
30 AUG 2019 PM 7 L

TO  ⇔70256-050⇔
    Federal Court
    2020 E State ST
    Trenton, NJ 08608
    United States

08619-330820