**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101



WILLIAM T. WALSH
CLERK

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

9/16/2019

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Justin Love
Resident #70256050
Federal Correctional Institution Schuylkill
P.O Box 759
Minersville, PA 17954-0759

Re: Submissions received 8/13/2019

      We are in receipt of your letter request for copies from your Criminal Case. Copies of documents from the Court Docket are $0.50 per page, by court rule, fees must be paid in advance. The total charge for the documents you are requesting is $14.50. (The docket sheet is 21 pages; the Judgement is 7 pages; and the sentencing minutes is 1 page.) Your request for transcripts has been sent to Judge Sheridan's Court Reporter, Frank Gable on 8/27/19. Mr. Gable should contact you regarding the fee for those documents. Attached you will find the 2255 filing forms, no in forma pauperis application is required for a 2255.

                                          Very truly yours,

                                          s/ Alex R
                                          Deputy Clerk